**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Gabino Ortiz Beltran

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Ryan Shea

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04604-MJD-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Gabino Ortiz Beltran's Emergency Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED as follows**:

   A. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a)(1);

   B. Respondents must provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days of the date of this Order;

   C. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention;

   D. Within ten days of the date of this Order, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court

regarding Petitioner's release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation; and

2. Petitioner's Emergency Motion for Temporary Restraining Order **[Doc. 6]** is **DENIED as moot**.

Date: 12/29/2025

KATE M. FOGARTY, CLERK