UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gabino Ortiz Beltran,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 25-04604 (MJD/DTS)

David Wilson, Olivia Anderson-Petroske, Wilson Law Group, Counsel for Petitioner, Gabino Ortiz Beltran.

Friedrich A. P. Siekert, Assistant United States Attorney, Counsel for Federal Respondents.

On December 23, 2025, the Court granted Petitioner Gabino Ortiz Beltran's Emergency Petition for Writ of Habeas Corpus. As part of that Order, the parties were required to provide the Court with a status report concerning the results of any bond hearing conducted pursuant to the Order.

On January 2, 2026, the parties provided a joint status update (1) informing the Court that a bond hearing had been held and that Petitioner had been released from custody under a bond, and (2) requesting that the habeas petition be dismissed since Respondents had provided the relief ordered by the Court.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Gabino Ortiz Beltran's Emergency Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 5, 2026               s/Michael J. Davis
                                      Michael J. Davis
                                      United States District Court